IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01750-BNB

VICTOR LOPEZ,

    Petitioner,

v.

WARDEN TRAVIS TRANI, and
ATTORNEY GENERAL, State of Colorado,

    Respondents.

## ORDER OF ADMINISTRATIVE CLOSURE

    Petitioner, Victor Lopez, submitted to the Court for filing a document titled "Federal Rule of Civil Procedure 60 B Relief From Judgment Order," and a new civil action was commenced. Although Mr. Lopez did not include a case number in the caption of the document, it is apparent from the text of the document that Mr. Lopez is asking the Court to reconsider the Order of Dismissal and the Judgment entered in the habeas corpus action that Mr. Lopez previously filed in the District of Colorado. *See Lopez v. Trani*, No. 09-cv-01551-ZLW (D. Colo. Feb. 9, 2010), *appeal dismissed*, 628 F.3d 1228 (10th Cir. 2010). Therefore, the instant civil action will be closed and the clerk of the Court will be directed to file the document in civil action number 09-cv-01551-ZLW. Accordingly, it is

    ORDERED that the instant civil action shall be closed administratively. It is

FURTHER ORDERED that the document titled "Federal Rule of Civil Procedure 60 B Relief From Judgment Order" (ECF No. 1) filed in this action on July 5, 2012, shall be filed in civil action number 09-cv-01551-ZLW.

DATED at Denver, Colorado, this 11th day of July, 2012.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court